Name and address
Lee D. Rudy
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
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

*Send*

FILED
CLERK, U S DISTRICT COURT

FEB - 1 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

*LODGED*
2007 JAN 30 PM

In re: j2 Global Communications, Inc.
Derivative Litigation

Plaintiff(s)

v.

Defendant(s).

CASE NUMBER

CV 06-6475 CAS (JWJx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of __Lee D. Rudy__,
*Applicant's Name*

of __Schiffrin Barroway Topaz & Kessler, LLP__ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of  ☑ Plaintiff   ☐ Defendant   __Phillip Lawrence and Beverly Holt__

and the designation of __Daniel L. Germain__ of __Rosman & Germain LLP__
*Local Counsel Designee*                                      *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __1/31/07__

*Christina A. Snyder*
U. S. District Judge/~~U.S. Magistrate Judge~~



DOCKETED ON CM

FEB - 1 2007

BY _____ 053



G-64 ORDER (06/05)        ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049-1633.

On January 29, 2007, I served the foregoing document described as **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the interested parties in this action

[x]   by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[x]   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

[ ]   **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the office of the addressee shown on the service list.

[ ]   **(BY FACSIMILE)** I caused the foregoing document to be served by facsimile transmission from facsimile machine number (310) 440-8615 to each interested party at the facsimile machine number shown on the service list. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

[x]   **(FEDERAL)** I declare that I am a member of the bar of this Court.

Executed on January 29, 2007 at Los Angeles, California.

Daniel L. Germain

## MAILING LIST

Eric L. Zagar, Esq.
Lee D. Rudy, Esq.
Trevan Borum, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Attorneys for Plaintiff

Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, CA  90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Attorneys for Defendants