Name and address
Michael C. Wagner
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only X

FILED
CLERK, U S DISTRICT COURT
APR 18 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
2007 APR 12 PM
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: J2 Global Communications, Inc., Derivative Litigation<br>Plaintiff(s)<br>v.<br>Defendant(s). | CASE NUMBER<br>CV-06-6475 CAS (JWJx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of Michael C. Wagner (*Applicant's Name*), of Schiffrin Barroway Topaz & Kessler, LLP (*Firm Name*) for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant Beverly Holt

and the designation of Daniel L. Germain (*Local Counsel Designee*) of Rosman & Germain LLP (*Local Counsel Firm*)

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated 4/18/07

A. H. Matz, U.S.D.J. for C.A. Snyder
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
APR 20 2007
BY ___ 053

(18)

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a member of the State Bar of California. I am over the age of 18 and not a party to the within action; my business address is 815 Moraga Drive, Los Angeles, California 90049-1633.

On April 11, 2007, I served the foregoing document described as ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE on the interested parties in this action

[x] by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[x] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the office of the addressee shown on the service list.

[ ] **(BY FACSIMILE)** I caused the foregoing document to be served by facsimile transmission from facsimile machine number (310) 440-8615 to each interested party at the facsimile machine number shown on the service list. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served.

[x] **(FEDERAL)** I declare that I am a member of the bar of this Court.

Executed on April 11, 2007 at Los Angeles, California.

Daniel L. Germain

**MAILING LIST**

Eric L. Zagar, Esq.
Lee D. Rudy, Esq.
Trevan Borum, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
Attorneys for Plaintiff

Robert A. Sacks, Esq.
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, CA 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Attorneys for Defendants